# Court of Appeals
# of the State of Georgia

ATLANTA, October 06, 2017

*The Court of Appeals hereby passes the following order:*

## A17A2105. THE STATE v. MERRITT.

The State of Georgia filed a direct appeal to this Court from the trial court's order transferring the criminal case of Defendant Christopher Oliver Merritt to juvenile court pursuant to OCGA § 17-7-50.1. However, the State has now filed an emergency motion seeking to transfer this appeal to the Supreme Court of Georgia because Merritt was indicted for murder. See Ga. Const. of 1983, Art. VI, Sec. 6, Par. III ("Unless otherwise provided by law, the Supreme Court shall have appellate jurisdiction of the following classes of cases: . . . All cases in which a sentence of death was imposed or could be imposed."). Both parties also agreed during oral argument presented before this Court in Fayetteville, Georgia, on October 4, 2017, that this appeal should be transferred to the Supreme Court.

In *State v. Murray*, 286 Ga. 258 (687 SE2d 790) (2009), the Supreme Court of Georgia held that "[i]f the underlying action is a murder case, this Court has jurisdiction of the appeal, regardless of whether the order being appealed is based on facts having some bearing on the underlying criminal trial." Id. at 259 (1). See also *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing Court of Appeals to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases. . . ."). Accordingly, the State's motion is GRANTED and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  10/06/2017*
     *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*